■ In the Matter of NATHAN SIMON, on His Own Behalf and on Behalf of All Other Tenants of Premises 25 West 68th Street, Similarly Situated,

Appellant, v. ROBERT E. HERMAN, as State Rent Administrator, Respondent, and INVESTORS FUNDING CORPORATION, Intervenor-Respondent.— Order, entered on June 19, 1961, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.